# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA


E-filing

ANNA DUBROVA and DAVID SHAFRANSKIY,
Individually and as Successors In Interest to
MIKHAIL SHAFRANSKIY, deceased

V.

SAN FRANCISCO MARITIME (NATIONAL
HISTORIC PARK), NATIONAL PARK SERVICE,
U.S. DEPARTMENT OF THE INTERIOR, Does 1
to 100, Inclusive.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  **JL**

**CV 07   5755**

TO: (Name and address of defendant)

SAN FRANCISCO MARITIME (NATIONAL HISTORIC PARK),
NATIONAL PARK SERVICE
U.S. DEPARTMENT OF THE INTERIOR

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

VICTOR LIPOVETSKY, ESQ., SBN 170962
VELAN LAW FIRM, A Professional Corporation
3701 Geary Boulevard, Suite 101
San Francisco, CA 94118

BY FAX

an answer to the complaint which is herewith served upon you, within 20/60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_____
(BY) DEPUTY CLERK

NOV 1 3 2007
DATE _____

11/    /007  15:06     14153799343                    VELAN LAW FIRM                              PAGE  18/26

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |
| | |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____                    _____
                      Date                                                              Signature of Server

                                                                                        _____
                                                                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

THE VELAN LAW FIRM
A Professional Corporation
Victor Lipovetsky (SBN. 170962)
3701 Geary Boulevard, Suite 101
San Francisco, California 94118
Telephone: (415) 379-9300
Facsimile: (415) 379-9343

Attorneys for Plaintiff(s)
ANNA DUBROVA and DAVID SHAFRANSKIY,
individually and as Successors In Interest to
MIKHAIL SHAFRANSKIY, deceased.

ORIGINAL FILED
NOV 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNA DUBROVA and DAVID SHAFRANSKIY, Individually and as Successors In Interest to MIKHAIL SHAFRANSKIY, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> SAN FRANCISCO MARITIME (NATIONAL HISTORIC PARK), NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR, DOES 1 through 100, Inclusive, <br><br> Defendants. | CASE NO. CV 07 5755 <br> **COMPLAINT** <br><br> • GENERAL NEGLIGENCE <br> • SURVIVAL ACTION <br> • PREMISES LIABILITY <br><br> **DEMAND FOR JURY TRIAL** <br><br> BY FAX |

## GENERAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

1. **Jurisdiction.** This court has jurisdiction over this complaint because it arises under the laws of the United States and since the Defendants are members of the U.S. Government and the accident occurred on U.S. Government property.

2. **Venue.** Venue is appropriate in this court because the defendants reside in this District and are doing business in the City and County of San Francisco, State of California and the subject acts alleged in the complaint occurred in the City and County of San Francisco.

1

COMPLAINT

3. **Intradistrict Assignment.** This lawsuit should be assigned to the San Francisco Division of this Court because a substantial part of the events or omissions which give rise to this lawsuit occurred in the City and County of San Francisco.

4. The true names or capacities, whether individual, corporate, associate or otherwise, of defendants DOE 1 through DOE 100, inclusive, are presently unknown to plaintiffs, who therefore sue said defendants by such fictitious names. Plaintiffs are informed and believe and thereon allege that each defendant designated herein as "DOE" is legally responsible for certain acts or failures to act or the events, happenings and damages hereinafter alleged. Plaintiffs are unaware of the precise actions of said fictitious DOE defendants and prays leave to amend this Complaint, with appropriate charging allegations, upon ascertaining the true identify and capacity of, and theory of liability against, said defendants.

5. Plaintiffs are informed and believe, and thereon allege, that at all times mentioned herein, defendants, and each of them, in doing the things hereinafter alleged, were the agents, ostensible agents, servants, employees, joint venturers and/or contractors of their co-defendants and that said defendants were directed and/or controlled each by the other and were as such acting within the scope of such agency, service, employment, joint venture and/or contract and that each and every defendant as aforesaid, when acting as a principal, agent, servant, employee, joint venturer and/or contractor, was negligent in the selection and hiring of each and every other defendant as its agent, servant, employee, joint venturer and/or contractor.

6. Pursuant to Section 377.30 of the Code of Civil Procedure, ANNA DUBROVA and DAVID SHAFRANSKIY are entitled to bring this action as the successors in interest to their deceased father, MIKHAIL SHAFRANSKIY. ANNA DUBROVA and DAVID SHAFRANSKIY have filed the required Declarations under Section 377.32 of the California Code of Civil Procedure certifying that they are the successors in interest to their deceased father, MIKHAIL SHAFRANSKIY

7. At all times mentioned, defendants,. SAN FRANCISCO MARITIME (NATIONAL HISTORIC PARK), NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE

2

**COMPLAINT**

INTERIOR, Does 1 to 100, operated under the laws of the United States Government and functioned in the capacity of Owner/Operator, Administrator, and are engaged in the business of operating parks.

8. On August 7, 2005, Decedent MIKHAIL SHAFRANSKIY was a pedestrian walking on the walkway between the restroom and the pier on the right side of Van Ness Avenue approaching McDowell Avenue, in San Francisco, California, an area maintained and owned by defendants,. SAN FRANCISCO MARITIME (NATIONAL HISTORIC PARK), NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR, DOES 1 through 100. There were no signs posted or warnings of any kind and there was a failure to provide a safe and secure environment where the Decedent, MIKHAIL SHAFRANSKIY, was walking. The area was not properly maintained, inspected, not properly timely fixed, not kept in good order, and not kept up to the Code thereby in violation of the Code. As a result of these conditions, there was an elevated and uneven sidewalk, and he was walking on the sidewalk in this area over which he tripped. As a result of these conditions, there were very unsafe conditions present, and when the Decedent, MIKHAIL SHAFRANSKIY, was walking in the area he fell down. As a result this caused him to be thrown off balance and suddenly to fall down causing multiple serious injuries.

9. As a direct and proximate result of all defendants' actions described above and below, the victim MIKHAIL SHAFRANSKIY suffered multiple serious injuries, was hospitalized, and ultimately died on September 30, 2007.

10. At all times herein mentioned, defendants inclusive, and each of them were negligent, incompetent, reckless, in the entrustment, operation, ownership, and control of said location involving MIKHAIL SHAFRANSKIY, Deceased, at the time and place herein described.

11. At all times herein mentioned, defendants, and each of them, owned, operated, maintained, entrusted and controlled said premises in total disregard of the safety of pedestrians;

3

COMPLAINT

violated their duty to take the precautions necessary and available to guard and warn persons against the dangerous consequences of falling and further violated their duty to safely equip, control, entrust, maintain, and operate the premises in which public are walking.

12. At all times herein mentioned said defendants SAN FRANCISCO MARITIME (NATIONAL HISTORIC PARK), NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR, DOES 1 through 100. violated one or more of the following negligent acts or omissions:

    a) Failure to provide a safe and secure environment in the place where the pubic was walking;

    b) Failure to make sure that the area was properly marked and that the public be provided with any warnings of assistance to the public when said warnings were clearly necessary;

    c) Were otherwise careless and negligent.

13. At all times herein mentioned, said Code sections were designed to protect a class of persons, to which Decedent belonged, to wit: members of the general public affected by conditions within the scope of the Code sections.

14. That said defendants' violations of said Code sections constitute a presumption that said defendants were negligent per se.

15. That as a direct and proximate result of defendants' negligence per se, plaintiffs and plaintiffs' Decedent sustained the injuries and suffered the damages set forth above.

**FIRST CAUSE OF ACTION**
(General Negligence)

FOR PLAINTFFS, ANNA DUBROVA AND DAVID SHAFRANSKIY, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO THEIR FATHER, MIKHAIL SHAFRANSKIY, DECEASED, AGAINST ALL DEFENDANTS, AND EACH OF THEM

Plaintiffs, ANNA DUBROVA and DAVID SHAFRANSKIY, as successors in interest to MIKHAIL SHAFRANSKIY, deceased, alleges against all defendants, and each of them:

16. Plaintiffs incorporate Paragraphs1 through 15 above as though fully set forth

4

**COMPLAINT**

herein.

17. On or about August 7, 2005, Defendants and each of them acted negligently with respect to MIKHAIL SHAFRANSKIY.

18. All Defendants' negligent acts caused injuries to the Plaintiffs and the decedent.

### SECOND CAUSE OF ACTION
(Survivorship)

**FOR PLAINTFFS, ANNA DUBROVA AND DAVID SHAFRANSKIY, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO THEIR FATHER, MIKHAIL SHAFRANSKIY, DECEASED, AGAINST ALL DEFENDANTS, AND EACH OF THEM**

Plaintiffs incorporate the Preliminary Allegations and Causes of Action herein as though the same were set forth at length herein. As alleged herein above, Defendants are liable in tort for the injuries to Plaintiffs and Decedent.

On or about August 7, 2005, decedent fell causing multiple serious injuries, and as a result he was injured which affected his health and was directly linked to his death on September 30, 2007, as a result of the negligence of defendants, and each of them.

As a direct and proximate result of the negligence and carelessness of defendants, and each of them, and the resulting incident as aforesaid, Decedent sustained severe and serious injury to his person, all to Plaintiffs' damage in a sum within the jurisdiction of this Court and to be shown according to proof.

In the treatment of said injuries, Decedent, and Plaintiffs have incurred liability for medical care, the true and exact amount thereof being unknown to Plaintiffs at this time, and Plaintiffs pray leave to amend this Complaint accordingly when the true and exact cost thereof is ascertained.

As a direct and proximate result of said negligence and carelessness of defendants, and each of them, Plaintiffs will incur other pecuniary losses, the full nature and extent of which are not yet know to Plaintiffs, and leave is requested to amend this Complaint to conform to proof at the time of trial.

Plaintiff has lost pre-judgment interest pursuant to Civil Code Section 3291, the

5

**COMPLAINT**

exact amount of which Plaintiff prays leave to insert herein when finally ascertained.

As a result of the injuries and damages, supra and infra, Plaintiffs have been damaged in a sum in excess of the jurisdictional limits of the United States District Court (Northern District).

As a direct and proximate result of the aforementioned actions and inactions of the defendants, Plaintiffs have suffered injuries, damages, loss, and harm as alleged in this Complaint.

**THIRD CAUSE OF ACTION**
**(Premises Liability)**

FOR PLAINTFFS, ANNA DUBROVA AND DAVID SHAFRANSKIY, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO THEIR FATHER, MIKHAIL SHAFRANSKIY, DECEASED, AGAINST ALL DEFENDANTS, AND EACH OF THEM

Plaintiffs incorporate the Preliminary Allegations and Causes of Action herein as though the same were set forth at length herein. As alleged herein above, Defendants are liable in tort for the injuries to Plaintiffs and Decedent.

On or about August 7, 2005, decedent was a pedestrian walking in the vicinity of an area maintained and owned by defendants. The Defendants negligently owned, maintained, managed and operated these premises. The Defendant owners failed to guard or warn against a dangerous condition, use, structure, or activity. The defendants had received actual or constructive notice of the defect, the condition was created by employees of the Defendants, and the Defendants acted within the scope of their agency.

Plaintiffs were required to file a government claim and have done so prior to filing the Complaint.

WHEREFORE, plaintiffs, ANNA DUBROVA and DAVID SHAFRANSKIY pray:

    a. For general and special damages recoverable by plaintiffs, ANNA DUBROVA and DAVID SHAFRANSKIY, in an amount according to proof;

    b. For personal injury damages according to proof;

COMPLAINT

c. For reimbursement for medical expenses;

d. For prejudgment interest pursuant to Civil Code Section 3291;

e. For costs of suit incurred herein; and

f. For any and all other relief that court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiffs, ANNA DUBROVA and DAVID SHAFRANSKIY, Individually and as Successors in Interest to MIKHAIL SHAFRANSKIY, hereby demand a trial by jury.

DATED: November 13 2007       VELAN LAW FIRM, A Professional Corporation

_____
VICTOR LIPOVETSKY, Attorney for Plaintiffs,
ANNA DUBROVA and DAVID SHAFRANSKIY
Individually and as Successors in Interest to
MIKHAIL SHAFRANSKIY, Decedent

COMPLAINT

11/13/2007 15:06   14153799343   VELAN LAW FIRM   PAGE 07/26
NOV 01 07 01:09p   MapInfo IT   5182857490   VELAN LAW FIRM   P.1

THE VELAN LAW FIRM
A Professional Corporation
Victor Lipovetsky (SBN. 170962)
3701 Geary Boulevard, Suite 101
San Francisco, California 94118
Telephone: (415) 379-9300
Facsimile: (415) 379-9343

Attorneys for Plaintiff(s)
ANNA DUBROVA and DAVID SHAFRANSKIY,
individually and as Successors In Interest to
MIKHAIL SHAFRANSKIY, deceased,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

ANNA DUBROVA and DAVID SHAFRANSKIY, Individually and as Successors In Interest to MIKHAIL SHAFRANSKIY, deceased,

    Plaintiffs,

v.

SAN FRANCISCO MARITIME (NATIONAL HISTORIC PARK), NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR, et al.

    Defendants.

CASE NO. CV 07 5755

DECLARATION BY DECEDENT'S SUCCESSOR IN INTEREST (CCP § 377.32)

Action Filed:
Trial Date: None

---

Declarant ANNA DUBROVA hereby declares that the following is true and correct:

1) The name of the decedent is MIKHAIL SHAFRANSKIY.

2) The date and place of decedent's death is City and County of San Francisco, California, September 30, 2007.

3) No proceeding is now pending in California for administration of the decedent's estate.

4) The declarant ANNA DUBROVA is the decedent's Successor In Interest as defined in Section 377.11 of the California Code of Civil Procedure, and she succeeds to the decedent's interest in the action or proceeding. That is true because she was the daughter of

DECLARATION BY DECEDENT'S SUCCESSOR IN INTEREST (CCP § 377.32)

decedent. Besides the daughter ANNA DUBROVA decedent had a son named DAVID SHAFRANSKIY, whose declaration is attached. Decedent was unmarried and had no other issue at the time of his death.

5) No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

6) Declarant hereby declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and a certified copy of the decedent's death certificate, which is true and correct, is attached to this declaration..

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 31 day of October, 2007, in Selkirk, New York.

_____
ANNA DUBROVA, Declarant

2
DECLARATION BY DECEDENT'S SUCCESSOR IN INTEREST (CCP § 377.32)

# CITY AND COUNTY OF SAN FRANCISCO

## CERTIFICATION OF VITAL RECORD

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS

STATE FILE NUMBER: 3200738004600
LOCAL REGISTRATION NUMBER:

**DECEDENT'S PERSONAL DATA**
1. NAME OF DECEDENT — FIRST (Given): MIKHAIL
2. MIDDLE: -
3. LAST (Family): SHAFRANSKIY
AKA, ALSO KNOWN AS: -
4. DATE OF BIRTH mm/dd/ccyy: 10/25/1921
5. AGE Yrs: 85
6. SEX: M
8. BIRTH STATE/FOREIGN COUNTRY: UKRAINE
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS: WIDOWED
7. DATE OF DEATH mm/dd/ccyy: 09/30/2007
8. HOUR (24 Hours): 0812
13. EDUCATION — Highest Level/Degree: DOCTORATE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO
16. DECEDENT'S RACE: CAUCASIAN
17. USUAL OCCUPATION: DOCTOR
18. KIND OF BUSINESS OR INDUSTRY: HEALTH CARE
19. YEARS IN OCCUPATION: 45

**USUAL RESIDENCE**
20. DECEDENT'S RESIDENCE (Street and number or location): 666 ELLIS STREET #304
21. CITY: SAN FRANCISCO
22. COUNTY/PROVINCE: SAN FRANCISCO
23. ZIP CODE: 94109
24. YEARS IN COUNTY: 3
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
26. INFORMANT'S NAME, RELATIONSHIP: ANNA DUBROVA, DAUGHTER
27. INFORMANT'S MAILING ADDRESS: 28 DORCHESTER AVENUE, SILKIRK, NY 12158

**SPOUSE AND PARENT INFORMATION**
28. NAME OF SURVIVING SPOUSE — FIRST: -
29. MIDDLE: -
30. LAST (Maiden Name): -
31. NAME OF FATHER — FIRST: YAKOV
32. MIDDLE: -
33. LAST: SHAFRANSKIY
34. BIRTH STATE: UKRAINE
35. NAME OF MOTHER — FIRST: HANNA
36. MIDDLE: -
37. LAST (Maiden): SHKLOVSKAYA
38. BIRTH STATE: UKRAINE

**FUNERAL DIRECTOR / LOCAL REGISTRAR**
39. DISPOSITION DATE mm/dd/ccyy: 10/04/2007
40. PLACE OF FINAL DISPOSITION: SURSKO LITOVSKOE CEMETERY, DNEPROPETROVSK, UKRAINE
41. TYPE OF DISPOSITION(S): CR/TR/BU
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER:
44. NAME OF FUNERAL ESTABLISHMENT: COLLEGE CHAPEL MORTUARY
45. LICENSE NUMBER: FD794
46. SIGNATURE OF LOCAL REGISTRAR: MITCHELL KATZ, MD
47. DATE mm/dd/ccyy: 10/04/2007

**PLACE OF DEATH**
101. PLACE OF DEATH: LIGHT WELL
102. IF HOSPITAL, SPECIFY ONE:
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Other [X]
104. COUNTY: SAN FRANCISCO
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 666 ELLIS STREET
106. CITY: SAN FRANCISCO

**CAUSE OF DEATH**
107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): PENDING
Time Interval Between Onset and Death: UNK
108. DEATH REPORTED TO CORONER?: YES
INTERNAL NUMBER: 2007-1079
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: YES
111. USED IN DETERMINING CAUSE?: YES

**PHYSICIAN'S CERTIFICATION**
114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent Attended Since:
Decedent Last Seen Alive:
115. SIGNATURE AND TITLE OF CERTIFIER:
116. LICENSE NUMBER:
117. DATE mm/dd/ccyy:
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:

**CORONER'S USE ONLY**
119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: Pending Investigation [X]
120. INJURED AT WORK?:
121. INJURY DATE mm/dd/ccyy:
122. HOUR (24 Hours):
123. PLACE OF INJURY:
124. DESCRIBE HOW INJURY OCCURRED:
125. LOCATION OF INJURY:
126. SIGNATURE OF CORONER / DEPUTY CORONER: JUDY MELINEK MD
127. DATE mm/dd/ccyy: 10/01/2007
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: JUDY MELINEK MD, ASST MEDICAL EXAMINER

STATE REGISTRAR:
*012007000615014*



*002554673*

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO
This is to certify that the image reproduced hereupon is a true copy of the record on file in the SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH as of the date issued.

DATE ISSUED: OCT 19 2007

Mitchell Katz, M.D.
Health Officer and Local Registrar

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the City and County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



11/13/2007 15:06   14153799343   VELAN LAW FIRM   PAGE 11/26
10/31/2007 09:32   14153799343   VELAN LAW FIRM   PAGE 01

THE VELAN LAW FIRM
A Professional Corporation
Victor Lipovetsky (SBN 170962)
3701 Geary Boulevard, Suite 101
San Francisco, California 94118
Telephone: (415) 397-9300
Facsimile: (415) 397-9343

Attorneys for Plaintiff(s)
ANNA DUBROVA and DAVID SHAFRANSKIY,
individually and as Successors In Interest to
MIKHAIL SHAFRANSKIY, deceased.

ORIGINAL FILED
NOV 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

JL

| ANNA DUBROVA and DAVID SHAFRANSKIY, Individually and as Successors In Interest to MIKHAIL SHAFRANSKIY, deceased, | CASE NO. CV 07 5755 |
|---|---|
| Plaintiffs, | DECLARATION BY DECEDENT'S SUCCESSOR IN INTEREST (CCP § 377.32) |
| v. | |
| SAN FRANCISCO MARITIME (NATIONAL HISTORIC PARK), NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR, et al., | Action Filed: Trial Date: None |
| Defendants. | |


BY FAX

Declarant DAVID SHAFRANSKIY hereby declares that the following is true and correct:

1) The name of the decedent is MIKHAIL SHAFRANSKIY.

2) The date and place of decedent's death is City and County of San Francisco, California, September 30, 2007.

3) No proceeding is now pending in California for administration of the decedent's estate.

4) The declarant DAVID SHAFRANSKIY is the decedent's Successor In Interest as defined in Section 377.11 of the California Code of Civil Procedure, and he succeeds to the decedent's interest in the action or proceeding. That is true because he is the son of decedent.

DECLARATION BY DECEDENT'S SUCCESSOR IN INTEREST (CCP § 377.32)

FROM : JOBCRUISESHIP-DI  AAA  AAAA  PHONE NO. : +380562253330  Nov. 12 2007 06:19PM P1
11/09/2007  09:52  1415379 242  VELAH LAW FIRM  PAGE 01

1 | Besides the son DAVID SHAFRANSKIY decedent had a daughter named ANNA
2 | DUBROVA, whose declaration is attached. Decedent was unmarried and had no other issue
3 | at the time of his death.
4 |     5) No other person has a superior right to commence the action or proceeding or to be
5 | substituted for the decedent in the pending action or proceeding.
6 |     6) Declarant hereby declares under penalty of perjury under the laws of the State of
7 | California that the foregoing is true and correct, and a certified copy of the decedent's death
8 | certificate, which is true and correct, is attached to this declaration..
9 |     I declare under penalty of perjury that the foregoing is true and correct.
10 | Dated this _10_ day of _NOVEMBER_ 2007, in _Dnepropetrovsk_
11 | _Ukraine_____;
12 |
13 |                               DAVID SHAFRANSKIY, Declarant

2

# CITY AND COUNTY OF SAN FRANCISCO

## CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA

3200738004600

**1. NAME OF DECEDENT — FIRST (Given):** MIKHAIL
**2. MIDDLE:** -
**3. LAST (Family):** SHAFRANSKIY
**AKA:** -
**4. DATE OF BIRTH:** 10/25/1921
**5. AGE:** 85
**6. SEX:** M
**9. BIRTH STATE/FOREIGN COUNTRY:** UKRAINE
**10. SOCIAL SECURITY NUMBER:** 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
**11. EVER IN U.S. ARMED FORCES?:** NO
**12. MARITAL STATUS:** WIDOWED
**7. DATE OF DEATH:** 09/30/2007
**8. HOUR:** 0812
**13. EDUCATION:** DOCTORATE
**14/15. HISPANIC/LATINO?:** NO
**16. DECEDENT'S RACE:** CAUCASIAN
**17. USUAL OCCUPATION:** DOCTOR
**18. KIND OF BUSINESS OR INDUSTRY:** HEALTH CARE
**19. YEARS IN OCCUPATION:** 45
**20. DECEDENT'S RESIDENCE:** 666 ELLIS STREET #304
**21. CITY:** SAN FRANCISCO
**22. COUNTY/PROVINCE:** SAN FRANCISCO
**23. ZIP CODE:** 94109
**24. YEARS IN COUNTY:** 3
**25. STATE/FOREIGN COUNTRY:** CA
**26. INFORMANT'S NAME, RELATIONSHIP:** ANNA DUBROVA, DAUGHTER
**27. INFORMANT'S MAILING ADDRESS:** 28 DORCHESTER AVENUE, SILKIRK, NY 12158
**31. NAME OF FATHER — FIRST:** YAKOV
**33. LAST:** SHAFRANSKIY
**34. BIRTH STATE:** UKRAINE
**35. NAME OF MOTHER — FIRST:** HANNA
**37. LAST (Maiden):** SHKLOVSKAYA
**38. BIRTH STATE:** UKRAINE
**39. DISPOSITION DATE:** 10/04/2007
**40. PLACE OF FINAL DISPOSITION:** SURSKO LITOVSKOE CEMETERY, DNEPROPETROVSK, UKRAINE
**41. TYPE OF DISPOSITION(S):** CR/TR/BU
**42. SIGNATURE OF EMBALMER:** NOT EMBALMED
**44. NAME OF FUNERAL ESTABLISHMENT:** COLLEGE CHAPEL MORTUARY
**45. LICENSE NUMBER:** FD794
**46. SIGNATURE OF LOCAL REGISTRAR:** MITCHELL KATZ, MD
**47. DATE:** 10/04/2007
**101. PLACE OF DEATH:** LIGHT WELL
**103. IF OTHER THAN HOSPITAL:** Other
**104. COUNTY:** SAN FRANCISCO
**105. FACILITY ADDRESS:** 666 ELLIS STREET
**106. CITY:** SAN FRANCISCO
**107. CAUSE OF DEATH — IMMEDIATE CAUSE (A):** PENDING
**Time Interval:** UNK
**108. DEATH REPORTED TO CORONER?:** YES
**Referral Number:** 2007-1079
**109. BIOPSY PERFORMED?:** NO
**110. AUTOPSY PERFORMED?:** YES
**111. USED IN DETERMINING CAUSE?:** YES
**119. MANNER OF DEATH:** Pending Investigation
**126. SIGNATURE OF CORONER / DEPUTY CORONER:** JUDY MELINEK MD
**127. DATE:** 10/01/2007
**128. TYPE NAME, TITLE OF CORONER:** JUDY MELINEK MD, ASST MEDICAL EXAMINER

*012007000615014*

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO
This is to certify that the image reproduced hereupon is a true copy of the record on file in the SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH as of the date issued.

**DATE ISSUED:** OCT 19 2007

*002554673*


Mitchell Katz, M.D.
Health Officer and Local Registrar

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the City and County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE