11/13/2007 15:06   14153799343   VELLER LAW FIRM   PAGE 05/26

**FILED**

**RECEIVED**
NOV 15 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOV 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| Anna Duborva and David Shafranskiy, Individually and as Successors in Interest to MIKHAIL SHAFRANSKIY, deceased<br><br>Plaintiff(s),<br>v.<br>San Francisco Maritime (National Historic Park), National Park Service, U.S. Department of the Interior, Does 1 to 100, Inclusive.<br><br>Defendant(s). | CV 07 5755<br>CASE NO.<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br><br>E-filing<br>BY FAX |

VICTOR LIPOVETSKY, an active member in good standing of the bar of the State of California, whose business address and telephone number (particular court to which applicant is admitted) is

3701 Geary Blvd., Suite 101, San Francisco, California, 94118, Telephone 415-379-9300

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11-19-07

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California