FILED

JAN 08 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

E-filing

| | |
|---|---|
| ANNA DUBROVA and DAVID SHAFRANSKIY, Individually and as Successors In Interest to MIKHAIL SHAFRANSKIY, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO MARITIME (NATIONAL HISTORIC PARK), NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR, DOES 1 through 100, Inclusive.,<br><br>Defendants. | CASE NO. CV07 5755 JL<br><br>Magistrate Judge: James Larson<br><br>(Proposed) ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO SERVE AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES<br><br>Initial CMC Date: February 20, 2008- @10:30am (Courtroom F, 15th floor, SF)<br>Complaint Filed: November 13, 2007 |

VICTOR LIPOVETSKY, appearing *Pro Hac Vice* in this action; having applied in the above-entitled action for extensions to serve the Complaint and continuance of the Initial Case Management Conference and ADR deadlines, :

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 7-12.

1) Deadline to serve complaint continued to __APRIL 8, 2008__

2) Initial Case Management is continued to __MAY 21, 2008 at 10:30 a.m.__

/////

---

1

(PROPOSED) ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO

1   3) ADR deadlines continued to _____

2   4) Other:

3   _____

4   _____

5   _____

6   _____

7   _____

8   DATED:   1-8-08                  /s/ James Larson

9                                    JAMES LARSON - UNITED STATES
                                     MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(PROPOSED) ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO SERVE…CV07 5755 JL