UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNA DUBROVA and DAVID SHAFRANSKIY, Individually and as Successors In Interest to MIKHAIL SHAFRANSKIY, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO MARITIME (NATIONAL HISTORIC PARK), NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR, DOES 1 through 100, Inclusive.<br><br>Defendants. | CASE NO. CV07 5755 JL<br><br>Magistrate Judge: James Larson<br><br>(Proposed) AMENDED ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO SERVE AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES<br><br>Initial CMC Date: May 21, 2008- @10:30am (Courtroom F, 15th floor, SF)<br><br>Complaint Filed: November 13, 2007 |

VICTOR LIPOVETSKY, appearing *Pro Hac Vice* in this action; having applied in the above-entitled action for extensions to serve the Complaint and continuance of the Initial Case Management Conference and ADR deadlines, :

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 7-12.

1) Deadline to serve complaint continued to _____AUGUST 9, 2008_____

2) Initial Case Management is continued to _SEPTEMBER 17, 2008 AT 10:30 A.M.

(PROPOSED) AMENDED ORDER GRANTING APPLICATION FOR EXTENSION OF TIME

3) ADR deadlines continued to **AUGUST 29, 2008,** to meet and confer etc.

4) Other:  **SEPTEMBER 12, 2008, to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement**_____

_____

_____

_____

DATED: April 28, 2008

*James Larson*

**JAMES LARSON - UNITED STATES MAGISTRATE JUDGE**

2

(PROPOSED) AMENDED ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO SERVE...