1
2
3
4            UNITED STATES DISTRICT COURT
5            NORTHERN DISTRICT OF CALIFORNIA
6  ANNA DUBROVA
7         Plaintiff(s),                    No. C07-5755 JL
8     v.                                   NOTICE AND ORDER
                                           <u>CONTINUING HEARING</u>
9  S.F. MARITIME
10        Defendant(s).
   _____/
11
12     TO ALL PARTIES AND COUNSEL OF RECORD:
13     The case management conference on September 17, 2008 in the above entitled case
14 has been continued to October 8, 2008 @ 10:30 a.m. in Courtroom F before Chief Magistrate
15 James Larson.
16
17
18
19
20
21 Dated: September 4, 2008
22                                              _____
                                                *Wings Hom*
23                                              Wings Hom, Courtroom Deputy
24
25
26
27
28

Hearing.Not                          1