THE VELAN LAW FIRM
A Professional Corporation
Victor Lipovetsky (SBN. 170962)
3701 Geary Boulevard, Suite 101
San Francisco, California 94118
Telephone: (415) 379-9300
Facsimile: (415) 379-9343

Attorneys for Plaintiff(s)
ANNA DUBROVA and DAVID SHAFRANSKIY,
individually and as Successors In Interest to
MIKHAIL SHAFRANSKIY, deceased,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| ANNA DUBROVA and DAVID SHAFRANSKIY, Individually and as Successors In Interest to MIKHAIL SHAFRANSKIY, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO MARITIME (NATIONAL HISTORIC PARK), NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | CASE NO. CV 07 5755 JL<br><br>**REQUEST FOR DISMISSAL**<br><br>CMC Date: September 17, 2008<br>At 10:30 a.m.<br><br>Action Filed: November 13, 2007<br>Trial Date: None |

TO THE CLERK:

Please dismiss this action as follows:

With prejudice and entire action of all parties and all causes of action.

DATED: Sept. 3, 2008 , 2008

VELAN LAW FIRM

By: _____
Victor Lipovetsky, attorney for Plaintiffs
ANNA DUBROVA and DAVID SHAFRANSKIY