1   THE VELAN LAW FIRM
    A Professional Corporation
2   Victor Lipovetsky (SBN. 170962)
    3701 Geary Boulevard, Suite 101
3   San Francisco, California 94118
    Telephone: (415) 379-9300
4   Facsimile: (415) 379-9343

5   Attorneys for Plaintiff(s)
    ANNA DUBROVA and DAVID SHAFRANSKIY,
6   individually and as Successors In Interest to
    MIKHAIL SHAFRANSKIY, deceased,

7

8                       UNITED STATES DISTRICT COURT

9

10                          NORTHERN DISTRICT

11  ANNA DUBROVA and DAVID                      CASE NO. CV 07 5755 JL
    SHAFRANSKIY, Individually and as Successors
12  In Interest to MIKHAIL SHAFRANSKIY,
    deceased,                                   **NOTICE OF SETTLEMENT OF ENTIRE
13                                              CASE**
                    Plaintiffs,
14                                              CMC Date:  September 17, 2008
            v.                                      At 10:30 a.m. , Dept. F, 15th floor
15  SAN FRANCISCO MARITIME (NATIONAL            Magistrate Judge James Larson
    HISTORIC PARK), NATIONAL PARK
16  SERVICE, U.S. DEPARTMENT OF THE             Action Filed: November 13, 2007
    INTERIOR,                                   Trial Date: None
17  ,
                    Defendants.
18

19          TO THE COURT AND ALL PARTIES HEREIN:

20              This entire case has been settled: Therefore, we respectfully request that the

21  Court cancel the Case Management Conference scheduled for September 17, 2008, at 10:30 a.m.

22              I declare under penalty of perjury under the laws of the State of California that the

23  foregoing is true and correct.

24      DATED:   September 4    , 2008        VELAN LAW FIRM

25

26                                           By:
                                             Victor Lipovetsky, attorney for Plaintiffs
27                                           ANNA DUBROVA and DAVID
                                             SHAFRANSKIY

28

                                        1
    NOTICE OF SETTLEMENT OF ENTIRE CASE          USDC CASE NO. CV 07 5755 JL